# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2017

154209

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BRANDI CRAMER f/k/a BRANDI
BITTERMAN,
       Plaintiff-Appellant,

v

VILLAGE OF OAKLEY,
       Defendant-Appellee.

SC: 154209
COA: 330736
Shiawassee CC: 15-007371-CZ

_____/

On order of the Court, the application for leave to appeal the June 23, 2016 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE as moot Part III of the Court of Appeals opinion, see 316 Mich App ___ n 1, ___ n 7 (2016), and we REMAND this case to the Shiawassee Circuit Court for dismissal of the plaintiff's Freedom of Information Act claims. See *Federated Publications, Inc v Lansing*, 467 Mich 98, 101 (2002). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court. Thus, the award of attorney fees, costs, and disbursements remains vacated.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2017



Clerk

s0329